UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

JEROME LEROY ALLEN,

        Plaintiff,

  vs.

SHERIFF MIKARIMI, et. al.,

        Defendants.
                                      /

No. C 13-2938 PJH (PR)

**ORDER OF DISMISSAL**

      Plaintiff, a detainee, has filed a civil rights action.  However, mail that the clerk sent to plaintiff at his last known address has been returned as undeliverable.  The jail has stated on the envelope that plaintiff is no longer in custody.  Docket No. 6.  Plaintiff has not provided a current mailing address.

      More than sixty days have passed since the mail was returned.  This case is **DISMISSED** without prejudice.  *See* Local R. 3-11(b).

      **IT IS SO ORDERED.**

Dated: November 14, 2013.

                                          PHYLLIS J. HAMILTON
                                          United States District Judge

G:\PRO-SE\PJH\CR.13\Allen2938.dsm-mail.wpd